UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *LEONARD RAY HOPKINS JR.*                               Case No.:   *07-03108-8-RDD*

REPORT OF UNCLAIMED DIVIDEND

 The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

 1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *UPFRONT REWARDS VISA PLATINUM*<br>*PO BOX 888377*<br>*GRANDRAPIDS, MI 49588-8377* | $255.06 |

 2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

 WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  February 3, 2011

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295